ESPARRA, APPELLANT, *v.* MAHONING COUNTY
BOARD OF ELECTIONS ET AL., APPELLEES.

[Cite as *Esparra v. Mahoning Cty. Bd. of
Elections* (1993), 67 Ohio St.3d 587.]

(No. 93–1986—Submitted and decided October 22, 1993.)

---

*Martin S. Hume Co., L.P.A.,* and *Martin S. Hume,* for appellant Porfirio
Esparra, Jr.

*James A. Philomena,* Mahoning County Prosecuting Attorney, and *Sharon K.
Hackett,* Assistant Prosecuting Attorney, for appellees Mahoning County Board
of Elections, Don Hanni, Jr., Mary Kathryn Smith, Dennis Vitt, and Mark
Munroe.

---

This cause, here on appeal from the Court of Appeals for Mahoning County,
was considered in the manner prescribed by law. On consideration thereof, the
judgment of the court of appeals is affirmed on authority of *In re Protest Filed
by Citizens for the Merit Selection of Judges, Inc.* (1990), 49 Ohio St.3d 102, 551
N.E.2d 150, paragraph one of the syllabus. *State ex rel. Bass v. Summit Cty. Bd.
of Elections* (1952), 157 Ohio St. 345, 47 O.O. 201, 105 N.E.2d 414, which created
the status of a "de facto" elector in the case of a circulator of a petition who was
not fully qualified as an elector, is overruled.

It is further ordered that the appellees recover from the appellant their costs
herein expended; that a mandate be sent to the Court of Appeals for Mahoning
County to carry this judgment into execution; and that a copy of this entry be
certified to the Clerk of the Court of Appeals for Mahoning County for entry.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, RESNICK and F.E. SWEENEY, JJ., concur.

WRIGHT and PFEIFER, JJ., dissent and would reverse.